UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GONZALEZ,<br><br>         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.:  22-CV-1555-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |

  Danny Gonzalez ("Plaintiff") again files for leave to proceed in forma pauperis ("Renewed IFP Motion") on the Complaint following the Court's denial of Plaintiff's initial IFP Motion. (Doc. No. 7.) The Court reviews Plaintiff's complaint under 28 U.S.C. section 1915(e), as required when a litigant files a motion to proceed in forma pauperis. Having reviewed Plaintiff's submission, the Court GRANTS the IFP motion and incorporates its prior ruling in its October 26, 2022 Order finding the Complaint satisfies the minimal pleading standards for social security appeals. (See Doc. No. 6, 3:3-16.) Plaintiff's Renewed IFP Motion affirms that Plaintiff's only source of income is $350.00 per month in food stamps, and his monthly expenses total $1,100.00.  He adds that his only asset is a 2012 Dodge Challenger SXT valued at $5,000.00 and has not worked since

1  January 22, 2021. (Doc. No. 7, 2.) Collectively, these representations demonstrate Plaintiff
2  is unable to pay the filing fee and thus satisfy the burden Plaintiff bears under 28 U.S.C.
3  section 1915. 28 U.S.C. § 1914(a); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).
4  **IT IS SO ORDERED.**
5  DATED: November 18, 2022

Hon. William V. Gallo
United States Magistrate Judge