UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GONZALEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-CV-1555-WVG<br><br>**ORDER ON JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL JUSTICE ACT, 28 U.S.C. SECTION 2412(D)** |

　　　Pending before the Court is the Parties' April 14, 2023, Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. section 2412(d) ("Joint Motion"). (Doc. No. 21.) Based upon the Parties' submission and their stipulation to the fee award, the Court **GRANTS** the Joint Motion and awards to Plaintiff attorney's fees in the amount of $2,510.00, subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

　　　**IT IS SO ORDERED.**

DATED: April 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge